[No. 62071-1-I.   Division One.   June 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH J. THORGERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-01491-2, George N. Bowden, J., entered July 18, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, A.C.J., and Lau, J.

[No. 62136-0-I.   Division One.   June 8, 2009.]

SUSAN RONNING, *Appellant*, v. CANDACE MCCULLEY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-02143-1, Richard J. Thorpe, J., entered July 11, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Leach, J.

[No. 62262-5-I.   Division One.   June 8, 2009.]

ENRIQUE DOMINGUEZ ET AL., *Respondents*, v. MONICA JOPLIN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-05842-3, Tracy G. Waggoner, J. Pro Tem., entered August 28, 2008. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Grosse, J., concurred in by Agid and Becker, JJ.

[No. 62264-1-I.   Division One.   June 8, 2009.]

ORCA LOGISTICS, INC., *Respondent*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-03140-3, Richard McDermott, J., entered August 21, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Agid, J., concurred in by Grosse and Cox, JJ. Now published at 152 Wn. App. 457.